1

2

3

4

5

6

7

8

9

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| ANTONIO MARTINEZ, et al., | ) | 1:10-cv-00234 GSA |
| Plaintiffs, | ) ) | PRELIMINARY SCHEDULING |
| vs. | ) ) | AND DISCOVERY ORDER |
|  | ) |  |
| JOSE GILBERTO SILVEIRA, | ) ) |  |
| Defendant. | ) |  |
|  | ) ) |  |

This Court conducted a preliminary conference on June 15, 2010.   Counsel Erin Hernandez personally  appeared on behalf of Plaintiff and Counsel Esmeralda Zendejas personally appeared on behalf of Plaintiff, Felipe Nunez Torres.     Counsel Andrew Lee telephonically appeared on behalf of Defendant Jose Gilberto Silveira.

After discussion with counsel, this Court SETS the following dates for class certification only:

1.    A July 16, 2010 discovery cutoff for class certification.

2.    A July 30, 2010 deadline to file and serve moving papers on class certification;

3.    An August 13, 2010 deadline to file and serve opposition papers on class certification;

4.    An August 27, 2010 deadline to file and serve reply papers on class

certification; and

5.      A hearing on September 10, 2010 at 9:30 a.m. in Department 10 (GSA) on

the motion on class certification.

After resolution of class certification, a mandatory scheduling conference will be held

on October 4, 2010 at 9:30 a.m. in Department 10 (GSA) before Magistrate Gary S. Austin.


IT IS SO ORDERED.

**Dated:**   **June 15, 2010**          /s/ **Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE