1  ESMERALDA ZENDEJAS, # 258809
   BLANCA A. BAÑUELOS, # 231585
2  CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
   20 N. Sutter Street, Suite 203
3  Stockton, CA 95202
   Telephone: (209) 946-0609
4  Facsimile: (209) 946-5730

5  MICHAEL MEUTER, # 161554
   CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
6  3 Williams Road
   Salinas, CA 93905
7  Telephone: (831) 757-5221
   Facsimile: (831) 757-6212
8
   Attorneys for Plaintiff Felipe Nuñez Torres
9
   ERIN L. HERNÁNDEZ, # 257680
10 JULIA L. MONTGOMERY, # 184083
   CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION
11 2210 K Street, Suite 201
   Sacramento, CA 95816
12 Telephone: (916) 446-7904 ext. 17 and 20
   Facsimile: (916) 446-3057
13
   Attorneys for all Plaintiffs
14

15                    **UNITED STATES DISTRICT COURT**

16                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

17

| ANTONIO MARTÍNEZ, and FELIPE NUÑEZ TORRES, | Case No. 1:10-cv-00234-GSA |
|---|---|
| Plaintiffs, | **JOINT STIPULATION AND ORDER TO EXTEND DEADLINES OF THE PRELIMINARY SCHEDULING AND DISCOVERY ORDER** |
| v. | |
| JOSE GILBERTO SILVEIRA, an individual; and DOES ONE through TWENTY inclusive | |
| Defendants. | |

       Plaintiffs ANTONIO MARTÍNEZ and FELIPE NUÑEZ TORRES and Defendant JOSE

GILBERTO SILVEIRA, through their counsel of record jointly request to this Court for an order

extending the deadlines set forth in the Preliminary Scheduling and Discovery Order pursuant to

Federal Rules of Civil Procedure § 16(b)(4).

---

**Stipulation and Order to Extend Deadlines of the Preliminary Scheduling and Discovery Order**

On June 15, 2010, the parties appeared through their counsel before the Court for the scheduled preliminary conference. The Court set dates for class certification including:

1. A July 16, 2010 discovery cutoff for class certification;

2. A July 30, 2010 deadline to file and serve moving papers on class certification;

3. An August 13, 2010 deadline to file and serve opposition papers on class certification;

4. An August 27, 2010 deadline to file and serve reply papers on class certification; and

5. A hearing on September 10, 2010 at 9:30 a.m. in Department 10 (GSA) on the motion on class certification.

Plaintiffs have requested discovery to Defendant pertaining to class certification. Given the current set discovery cutoff, Plaintiffs would not be able to review and compel documents, if necessary, that are not produced. Both parties agree that additional time is required to exchange and respond to discovery. Additionally, both parties agree that an extension of all deadlines enumerated above would not prejudice either party and would permit both parties an opportunity to fully complete discovery for class certification and file meaningful motions and responses regarding class certification.

**THE PARTIES STIPULATE AND SEEK AN ORDER THAT:**

Pursuant to Federal Rules of Civil Procedure § 16(b)(4), with good cause shown and with the judge's consent, all parties to this action jointly request that the Court permit the parties to extend the deadlines for class certification as follows:

1. An August 13, 2010 discovery cutoff for class certification;

2. An August 27, 2010 deadline to file and serve moving papers on class certification;

3. A September 10, 2010 deadline to file and serve opposition papers on class certification;

4. A September 24, 2010 deadline to file and serve reply papers on class certification; and

5. A hearing on October 8, 2010 at 9:30 a.m. in Department 10 (GSA) on the motion on class certification.

**IT IS SO STIPULATED.**

DATED: July 15, 2010              **CALIFORNIA RURAL LEGAL ASSISTANCE INC.**

By: _____/ s /_____
Esmeralda Zendejas
Attorney for Plaintiff Felipe Nuñez Torres

DATED: July 15, 2010              **CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION**

By: _____/ s /_____
Erin Hernandez (signature authorized)
Attorney for all Plaintiffs

DATED: July 15, 2010              **THE SAQUI LAW GROUP**
**Counselors to Management**

By: _____/ s /_____
Andrew H. Lee (signature authorized)
Michael C. Saqui
Attorneys for Silveira Dairy

## ORDER

Through good cause shown pursuant to Federal Rules of Civil Procedure § 16(b)(4), and with this Court's consent, the parties joint stipulation and order to extend deadlines of the Preliminary Scheduling and Discovery order is granted.

IT IS SO ORDERED.

Dated: **July 15, 2010**           **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

**Stipulation and Order to Extend Deadlines of the Preliminary Scheduling and Discovery Order**     3