ESMERALDA ZENDEJAS, # 258809
BLANCA A. BAÑUELOS, # 231585
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
145 E. Weber Avenue
Stockton, CA 95202
Telephone: (209) 946-0609
Facsimile: (209) 946-5730

MICHAEL MEUTER, # 161554
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
3 Williams Road
Salinas, CA 93905
Telephone: (831) 757-5221
Facsimile: (831) 757-6212

Attorneys for Plaintiff Felipe Nuñez Torres

ERIN L. HERNÁNDEZ, # 257680
JULIA L. MONTGOMERY, # 184083
CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION
2210 K Street, Suite 201
Sacramento, CA 95816
Telephone: (916) 446-7904 ext. 17 and 20
Facsimile: (916) 446-3057

Attorneys for all Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO MARTÍNEZ, and FELIPE NUÑEZ TORRES,<br><br>Plaintiffs,<br><br>v.<br><br>JOSE GILBERTO SILVEIRA, an individual; and DOES ONE through TWENTY inclusive<br><br>Defendants. | Case No. 1:10-cv-00234-GSA<br><br>**STIPULATION AND ORDER FOR CONDITIONAL CERTIFICATION OF ACTION AS FLSA COLLECTIVE ACTION** |

The undersigned represent all the named parties to this action and, by signing this document, each and every party to this action does stipulate and jointly move this court for an Order that this action may be conditionally certified as a Fair Labor Standards Act (FLSA) collective action, pursuant to 29 U.S.C. § 201 *et seq*.

///

///

As grounds for the Order sought, the parties stipulate that:

1. The FLSA class will be defined as all Defendants' agricultural dairy employees who worked for Defendant Jose Gilberto Silveira in Merced County during the period from October 26, 2006 through the present, who were allegedly not paid minimum wages as required by the FLSA and allegedly have not been compensated as of this date.

2. The claims of the named Plaintiffs are typical of the claims of the FLSA class as defined above.

3. The representative parties of the FLSA class and their counsel will fairly and adequately represent the interests of the named Plaintiffs and the FLSA class.

4. That the questions of law and fact common to the members of the FLSA class predominate over questions relevant only to individual members of the collective class. The questions of law and fact common to the collective class and in addition to the FLSA claims include: (1) whether the members of the FLSA class were paid minimum wages in accordance with the FLSA; (2) whether the members of the FLSA class are entitled to liquidated damages; (3) whether the members of the FLSA class were paid overtime wages in accordance with all applicable laws; (4) whether the members of the FLSA class are entitled to Labor Code § 203 waiting time penalties; (5) whether the members of the FLSA class were provided meal and rest periods as required by California law; (6) whether the members of the FLSA class were provided tools and equipment as required by California law; and (7) whether the members of the FLSA class were provided legally adequate pay stubs.

5. FLSA class adjudication is superior to any other method of adjudication for the fair and efficient adjudication of this matter.

Dated: August 27, 2010            **CALIFORNIA RURAL LEGAL ASSISTANCE, INC.**

 /s/ Esmeralda Zendejas
Esmeralda Zendejas
Attorney for Plaintiff Felipe Nuñez Torres

///

| | |
|---|---|
| Dated: August 27, 2010 | **CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION** |
| | /s/ Erin L. Hernandez (As authorized on 8/27/10)<br>Erin L. Hernandez<br>Attorney for All Plaintiffs |
| Dated: August 27, 2010 | **THE SAQUI LAW GROUP** |
| | /s/  Andrew H. Lee (As authorized on 8/27/10)<br>Andrew H. Lee<br>Attorney for Defendant |

### ORDER

Upon a review of the pleading, the Court adopts the conditional certification as an FLSA collective action. The parties shall file a stipulation outlining the procedure that will be used to notify class potential class members, as well as a proposed opt-in letter no later than three (3) days prior to the next status conference which is set for October 1, 2010 at 10:00 am in Courtroom 10 before the undersigned.

IT IS SO ORDERED.

Dated:   **September 13, 2010**          /s/ **Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE