ESMERALDA ZENDEJAS, # 258809
BLANCA A. BAÑUELOS, # 231585
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
145 E. Weber Avenue
Stockton, CA 95202
Telephone: (209) 946-0609
Facsimile: (209) 946-5730

MICHAEL MEUTER, # 161554
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
3 Williams Road
Salinas, CA 93905
Telephone: (831) 757-5221
Facsimile: (831) 757-6212

Attorneys for Plaintiff Felipe Nuñez Torres

JULIA L. MONTGOMERY, # 184083
CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION
2210 K Street, Suite 201
Sacramento, CA 95816
Telephone: (916) 446-7904 ext. 2020
Facsimile: (916) 446-3057

Attorneys for all Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO MARTÍNEZ, and FELIPE NUÑEZ TORRES,<br><br>Plaintiffs,<br><br>v.<br><br>JOSE GILBERTO SILVEIRA, an individual; and DOES ONE through TWENTY inclusive<br><br>Defendants. | Case No. 1:10-cv-00234-GSA<br><br>**STIPULATION OUTLINING NOTIFICATION TO POTENTIAL FLSA COLLECTIVE ACTION MEMBERS AND ORDER** |

The undersigned represent all the named parties to this action and, by signing this document, each and every party to this action does stipulate and jointly move this court for an Order affirming the parties agreement on notifying the potential Fair Labor Standards Act (FLSA) collective action members as follows:

    1.    The class will encompass all agricultural dairy employees employed by Defendant

1  Jose Gilberto Silveira in Merced County anytime between October 26, 2006 through the present date.

2    2. Defendants will produce to Plaintiffs' counsel no later than October 8, 2010 the
3  names and last known permanent addresses of all potential opt-in Plaintiffs to enable the delivery
4  of the notice.

5    3. Plaintiffs' counsel will have two months from the date on which Defendants
6  produce the complete names and addresses to distribute notice and file opt-ins' consent forms, which
7  shall be completed no later than January 10, 2011.

8    4. Defendant will post a copy of the Notice of Right to Opt-in to Lawsuit and Opt-
9  in Form, herein attached as Exhibit 1, in Spanish and English, at each dairy facility owned and
10  operated by Defendant Jose Gilberto Silveira in Merced County (including but not limited to 20334
11  Oslo Road, Hilmar, California) for a duration of the two month opt-in period.

12    All parties have approved the notice attached as Exhibit 1.

14  Dated: September 27, 2010  **CALIFORNIA RURAL LEGAL ASSISTANCE, INC.**

16     /s/ Esmeralda Zendejas
   Esmeralda Zendejas
17     Attorney for Plaintiff Felipe Nuñez Torres

19  Dated: September 24, 2010  **CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION**

21     /s/ Julia L. Montgomery (As authorized on 9/24/10)
   Julia L. Montgomery
   Attorney for All Plaintiffs

23  Dated: September 27, 2010  **THE SAQUI LAW GROUP**

24     /s/ Andrew H. Lee (As authorized on 9/27/10)
   Andrew H. Lee
25     Attorney for Defendant

26  ///
27  ///
28  ///

**ORDER**

The Court adopts the Stipulation of the Parties. The following is hereby ordered nunc pro tunc :

1) The Court approves the proposed notice attached as Exhibit 1 to Doc. 37;

2) Defendant shall produce the full names and last known permanent addresses of workers employed by Defendant no later than October 8, 2010;

3) Plaintiffs' counsel shall distribute the notice two months subsequent to Defendants' release of all potential class members' names and addresses; and

4) Defendant shall post, for the same two-month period, a copy of the notice in Spanish and English, at each dairy facility owned and operated by Defendant Jose Gilberto Silveira in Merced County.

IT IS SO ORDERED.

Dated:   **October 29, 2010**              **/s/ Gary S. Austin**
                                                                UNITED STATES MAGISTRATE JUDGE