ESMERALDA ZENDEJAS, # 258809
BLANCA A. BAÑUELOS, # 231585
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
20 N. Sutter Street, Suite 203
Stockton, CA 95202
Telephone: (209) 946-0609
Facsimile: (209) 946-5730

MICHAEL MEUTER, # 161554
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
3 Williams Road
Salinas, CA 93905
Telephone: (831) 757-5221
Facsimile: (831) 757-6212

Attorneys for Plaintiff Felipe Nuñez Torres

JULIA L. MONTGOMERY, # 184083
CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION
2210 K Street, Suite 201
Sacramento, CA 95816
Telephone: (916) 446-7904 ext. 17 and 20
Facsimile: (916) 446-3057

Attorneys for all Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO MARTÍNEZ, and FELIPE NUÑEZ TORRES,<br><br>            Plaintiffs,<br><br>v.<br><br>JOSE GILBERTO SILVEIRA, an individual; and DOES ONE through TWENTY inclusive<br><br>            Defendants. | Case No. 1:10-cv-00234-GSA<br><br>**STIPULATION AND ORDER TO EXTEND OPT-IN PERIOD** |

Whereas:

1.    The opt-in period agreed upon by all parties in their Stipulation Outlining Notification to Potential FLSA Collective Action Members and Order dated September 27, 2010 expires on January 10, 2011;

/ / /

---

**Stipulation and Order to Extend Opt-in Period**

1  2.  Defendant did not have last known permanent addresses for all but two or three of
2  the workers eligible to opt-in to the lawsuit creating more difficulty in communicating with potential
3  opt-ins;
4  3.  The opt-in period overlapped with the holiday season in which individuals are
5  usually traveling out of their home area during that time;
6  3.  Due to the holiday season, workers eligible to opt-in to the lawsuit may have been
7  unavailable or otherwise unable to opt-in in a timely manner;
8  4.  As a result, Plaintiff's counsel will need to continue to advertise the lawsuit to
9  eligible workers to provide them with reasonable notice and opportunity to opt-in;
10  5.  It is in the interest of justice that all individuals with claims against Defendant arising
11  from the facts alleged in this complaint, have those claims resolved in one action.
12  Therefore,
13  It is hereby stipulated by and between Plaintiffs, Antonio Martínez and Felipe Nuñez Torres,
14  and Defendant Jose Gilberto Silveira, et al., through their counsel of record, that the opt-in period
15  for persons who wish to participate in the instant action shall be extended for a period of 17 days,
16  through and including January 27, 2011.

18  DATED: January 10, 2011          **CALIFORNIA RURAL LEGAL ASSISTANCE INC.**

20                                   By:  /s/ Esmeralda Zendejas
                                     Esmeralda Zendejas
                                     Attorney for Plaintiff Felipe Nuñez Torres

23  DATED: January 11, 2011          **CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION**

25                                   By:  /s/ Julie Montgomery (As authorized on 1/11/2011
                                          Julie Montgomery
                                          Attorney for all Plaintiffs

27  ///
    ///
28  ///

---

**Stipulation and Order to Extend Opt-in Period**                                    2

1  DATED: January 10, 2011          **THE SAQUI LAW GROUP**
                                     **Counselors to Management**

2

3

4                                    By: /s/ Michael C. Saqui (As authorized on 1/10/2011)
                                         Michael C. Saqui
5                                        Attorneys for Silveira Dairy

6

7                                    **ORDER**

         Pursuant to stipulation entered into between all parties, through their counsel of record, and
8
   good cause showing:
9
         IT IS HEREBY ORDERED that the opt-in period for persons who wish to participate in the
10
   instant action shall be extended for a period of 17 days, through and including January 27, 2011.
11

12

...

19
         IT IS SO ORDERED.
20
         Dated:   **January 12, 2011**              /s/ **Gary S. Austin**
21                                                  UNITED STATES MAGISTRATE JUDGE

22

...

**Stipulation and Order to Extend Opt-in Period**                                      3